# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

DAVID GIMINIANI,

                Appellant,                          Case No. 1:11-CV-1113 (GTS)

v.

MICHAEL CESAR,

                Appellee.

| | | |
|---|---|---|
| **[ ]** | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[X]** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that Appellant's appeal is DENIED and the Bankruptcy Court's decision is AFFIRMED; and it is further

ORDERED AND ADJUDGED that the Appellant submit twenty-five dollars and fifty-five cents ($25.55) to the Clerk of the Court by 10/24/12 for the cost of transcribing the hearing held before Judge Littlefield on July 20, 2011.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 24th day of September, 2012.

DATED:     September 24, 2012

*Lawrence K. Baerman*
Clerk of Court

s/ L. Welch
Deputy Clerk